■ JULIA STEHLIK, Appellant, v. CITY OF NEW YORK et al.; Respondents.— Appeal from judgment in personal injury negligence action following a dismissal of plaintiff's complaint for failure to proceed on the trial unanimously dismissed,

with $30 costs and disbursements to defendants-respondents. The statute defines a failure to proceed with trial as a default (CPLR 3215; cf. Civ. Prac. Act, § 494-a; see 4 Weinstein-Korn-Miller, N. Y. Civ. Prac., par. 3215.02). Such a judgment on default is not appealable (CPLR 5511; Cohen and Karger, Powers of the New York Court of Appeals, § 93, especially p. 403; 7 Weinstein-Korn-Miller, N. Y. Civ. Prac., pars. 5511.10, 5511.11). Concur — Breitel, J. P., Valente, Stevens, Eager and Bastow, JJ.